■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS HERNANDEZ, True Name, CARLOS FERNANDEZ, Appellant.—Judgment, Supreme Court, New York County, rendered on March 28, 1977, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Birns, Sandler, Ross and Markewich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL LEWIS, Appellant, v COMMISSIONER OF THE DEPARTMENT OF CORRECTION OF THE CITY OF NEW YORK et al., Respondents.—Order, Supreme Court, New York County, entered on April 2, 1979, unanimously affirmed, without costs and without disbursements, on the opinion of Lang, J. Concur—Birns, J. P., Fein, Sandler, Markewich and Bloom, JJ. [100 Misc 2d 48.]

■ In the Matter of STANTON KARNBAD.—Petitioner's motion for reinstatement granted as indicated in the order of this court. Concur—Murphy, P. J., Kupferman, Birns, Fein and Sandler, JJ.

■ In the Matter of ARTHUR V. EDULIAN.—Motion for reinstatement granted only to the extent of referring the matter to the Committee on Character and Fitness for Admission to the Bar for further inquiry and for a report as indicated in the order of this court. Concur—Murphy, P. J., Kupferman, Fein, Sullivan and Markewich, JJ.

■ In the Matter of SEYMOUR S. KANE.—Motion for reinstatement granted only to the extent of referring the matter to the Committee on Character and Fitness for Admission to the Bar for a report as indicated in the order of this court. Concur—Kupferman, J. P., Fein, Markewich, Silverman and Carro, JJ.

## (April 15, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINDA MARTIN, Appellant.—Judgment, Supreme Court, New York County, rendered on May 11, 1978, unanimously affirmed. The order of this court entered on April 8, 1980, is vacated. No opinion. Concur—Murphy, P. J., Sullivan, Silverman, Bloom and Yesawich, JJ.